Gerald REYELTS; Beatriz Reyelts, Plaintiffs–Appellees

v.

Cary Jay CROSS; Cary J. Cross, P.C.; Lon Smith & Associates, Incorporated; A–1 Systems, Incorporated, doing business as Lon Smith Roofing and Construction, Defendants–Appellants.

No. 13–10896.

United States Court of Appeals, Fifth Circuit.

May 1, 2014.

Charles William Fillmore, Attorney, Richard Layne Rouse, Fillmore Law Firm, L.L.P., Fort Worth, TX, for Plaintiff–Appellee.

Cary Jay Cross, Irving, TX, Richard Keys Disney, Cotten, Schmidt & Abbott, L.L.P., Fort Worth, TX, for Defendants–Appellants.

Before BARKSDALE, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Circuit Rule 47.6.

Steven Michael SEYS, Plaintiff–Appellant

v.

Julie DOUCET; Gary Fitzsimmons; Earnest B. White, Defendants–Appellees.

No. 13–10919.

United States Court of Appeals, Fifth Circuit.

May 1, 2014.

---